IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILLERS CAPITAL INSURANCE COMPANY a/s/o FLEETWOOD BANK

Plaintiff,

v.

ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC, d/b/a BERKSHIRE MECHANICAL AND DENNY'S ELECTRIC SERVICE

and

JOHN/JANE DOE

and

ABC CORPORATION

Defendants.

**NOTICE OF REMOVAL OF DEFENDANT ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC, d/b/a BERKSHIRE MECHANICAL AND DENNY'S ELECTRIC SERVICE**

Defendant Engineering Excellence National Accounts, LLC, d/b/a Berkshire Mechanical and Denny's Electric Service ("Defendant"), by and through its counsel, John T. Asher, III, Esquire and the law firm of Spector, Gadon Rosen Vinci P.C., removes this action from the Court of Common Pleas of Berks County, Pennsylvania, Civil Case No. 2026-14410 (the "State Court Action") to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1441, and in support thereof avers as follows:

1. Plaintiff Millers Capital Insurance Company a/s/o Fleetwood Bank ("Plaintiff") commenced the State Court Action by complaint (the "Complaint") September 29th, 2026. See Plaintiffs' Complaint, a true and correct copy of which is attached hereto as Exhibit "A."

2. In its Complaint, Plaintiff alleges that Plaintiff provide an insurance policy to Fleetwood Bank (the "Bank") for the commercial property located at 2 West Main Street, Fleetwood, Pennsylvania (the "Subject Property"). Id. at ¶ 2.

3. According to Plaintiff's Complaint, Defendant provided professional services to the Bank at the Subject Property, which included the installation and the maintenance of HVAC parts and systems, in or about June, 2024. Id. at ¶¶ 6 – 7.

4. Plaintiff alleges that on or about February 2, 2025, that a component in the HVAC system at the Subject Property fractured, causing water and property damage to Subject Property, and additional expenses to the Bank (the "Alleged Incident"). Id. at ¶ 9.

5. Plaintiff alleges that the failure of a component of the HVAC system, and the resulting damages were the result of the negligence of Engineering Excellence. Id. at ¶¶ 16, 21 (a) – (q).

6. Plaintiff avers that the Bank, and by extension, Plaintiff as its insurer, sustained damages in the amount of $119,963.27 as a result of the Alleged Incident. Id. at ¶ 17.

7. Plaintiff initiated the State Court Action by Complaint, as the subrogee of the Bank, on September 29th, 2026.

8. Plaintiff thereafter made service upon Defendant at its principal place of business, 3400 N. Central Expressway, Suite 410, Richardson, Texas 75080 by certified mail, return receipt requested, on October 13th, 2026. See Affidavit of Service, a true and correct copy of which is attached hereto as Exhibit "B."

9. Defendant believes that this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and it is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

10. No further proceedings have taken place in the State Court Action.

11. Plaintiff, as alleged in the Complaint is a Pennsylvania Corporation with a principal place of business located at 3815 TecPort Drive, Suite 200, Harrisburg, Pennsylvania, See Exhibit "A" at ¶1.

12. Based upon information obtained by a search conducted by Defendant on Pennsylvania Department of State, Corporation's Bureau website, Plaintiff's subrogor, the Bank, is a Pennsylvania Corporation and/or Pennsylvania Financial Institution, with a principal place of business located at 2 W. Main Street, Fleetwood, Pennsylvania 19522.[1]

13. Defendant is a single member limited liability company organized in the State of Ohio, and its sole member is SE Holdco, LLC.

14. SE Holdco, LLC is a single member limited liability company organized in the State of Delaware, and its sole member is SE Holdco Term A LLC.

15. SE Holdco Term A LLC is a single member limited liability company organized in the State of Delaware, and its sole member is Advantage Expert Services LLC.

16. Advantage Expert Services LLC is a single member limited liability company organized in the State of Delaware, and its sole member is Bolt Acquireco Inc.

17. Bolt Acquireco Inc. is a Delaware Corporation with its principal place of business located at 3400 N. Central Expressway, Ste. 410, Richardson, Texas 75080-0054.

18. Defendant has the citizenship of its members, and as such is a citizen of the State of Texas, where Bolt Acquireco Inc.'s principal place of business is located, and Delaware, Bolt

---

[1] While it is not necessary to consider the citizenship of the Bank since the Bank is not a party to this litigation, Travelers Indem. Co. of America v. Coronation Sheet Metal Co., Inc., 2013 WL 2395053, *2 (D.N.J. 2013), citing Navarro Savings Ass'n v. Lee, 446 U.S. 458, 460 – 61 (1980), the Bank is nevertheless a Pennsylvania Corporation and/or Pennsylvania financial institution, with its principal place of business in Pennsylvania, so it is as citizen of the Commonwealth of Pennsylvania.

Acquireco Inc.'s state of incorporation.

19. As a Pennsylvania Corporation with its principal place in Pennsylvania, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

20. The remaining defendants, John/Jane Doe and ABC Corporation, are fictitious persons and/or entities whose identities are unknown as alleged in Plaintiff's Complaint, Exhibit "A," at ¶ 4, and as such may be disregarded for removal purposes. See Brooks v. Purcell, 57 Fed. Appx. 47, 50 (3d. Cir. 2002).

21. Since Plaintiff is a citizen of The Commonwealth of Pennsylvania, and Defendant is a citizen of Texas and Delaware, there is diversity of citizenship between Plaintiff and Defendant Engineering Excellence National Accounts, LLC.

22. Diversity of citizenship between Plaintiffs and Defendant existed both at the time of filing of the Complaint in the State Court Action, September 29th, 2026 and at the time of removal.

23. Since Plaintiff's alleged damages are $119, 963.27, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is diversity of citizenship between Plaintiff and Defendant, this matter is removable pursuant to 28 U.S.C. §1441(b).

24. This Notice of Removal is timely under 28 U.S.C. § 1446 since it is being filed within thirty days after Plaintiffs' alleged service of the complaint on Defendant on October 13th, 2026.

25. Defendant has simultaneously with the filing of this notice, given written notice to counsel for Plaintiff of the removal of this action.

26. Defendant will file a copy of this Notice of Removal, with all attachments, in the

Court of Common Pleas of Berks County, Pennsylvania after the filing of this Notice Removal and the assignment of a docket number by the Court.

WHEREFORE, defendant Engineering Excellence National Accounts, LLC respectfully requests that the above titled action now pending in the Court of Common Pleas of Berks County, Pennsylvania be removed to the United States District Court for the Eastern District of Pennsylvania.

**SPECTOR GADON ROSEN VINCI P.C.**

**JOHN T. ASHER, III, ESQUIRE**
**One Logan Square, Suite 1800**
**130 N. 18th Street**
**Philadelphia, PA 19103**
**(215) 241-8888**

**ATTORNEY FOR DEFENDANT ENGINEERING EXCELLENCE NATIONAL ACCOUNTS, LLC, D/B/A BERKSHIRE MECHANICAL AND DENNY'S ELECTRIC SERVICE**

Dated: November 14, 2026